UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARON SUTHERLAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:09CV430 HEA |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

Dated this 26th Day of March, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE